DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TROY LEEDBERG,

Appellant,

v.

LILY AUSTIN,

Appellee.

No. 2D23-1616

_____

April 3, 2024

Appeal from the Circuit Court for Hillsborough County; Wendy DePaul, Judge.

Troy Leedberg, pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and NORTHCUTT and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.